Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
John Tehranian (Bar No. 200767)
jtehranian@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff,
Elmer Saflor

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ELMER SAFLOR, an individual

Plaintiff,

v.

MEMES APPS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No.: 2:26-cv-07153
Hon. Pedro V. Castillo

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Elmer Saflor ("Plaintiff") and Defendant Memes Apps, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to Code of Civil Procedure.

The parties further request that the Court retain jurisdiction over this matter following dismissal for the purpose of enforcing the terms of the Settlement Agreement.

Each party shall bear its own litigation costs and attorney fees.

It is so stipulated.

Dated: October 16, 2026

**ONE LLP**

By: */s/ Peter R. Afrasiabi*
Peter R. Afrasiabi
John Tehranian
Attorneys for Plaintiff,
Elmer Saflor

Dated: October 16, 2026

By: [signature] Christopher Rosiak
Authorized Agent
Memes Apps, LLC

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Peter R. Afrasiabi, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Peter R. Afrasiabi*
Peter R. Afrasiabi