JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ELMER SAFLOR, an individual<br><br>Plaintiff,<br><br>v.<br><br>MEMES APPS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-07153 PVC<br>Hon. Pedro V. Castillo<br><br>**ORDER OF DISMISSAL AND RETENTION OF JURISDICTION** |

The Court, having reviewed the Stipulation of Dismissal with Prejudice and Request for Retention of Jurisdiction executed by the parties, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE as to all claims and all parties.

**IT IS FURTHER ORDERED** that, pursuant to the express stipulation and request of the parties, this Court shall strictly retain jurisdiction over this action and over the parties after the dismissal for the explicit purpose of enforcing the terms of the parties' Settlement Agreement dated October 16, 2026, until full performance of all obligations thereunder.

**IT IS SO ORDERED.**

Dated: 10/19/26

By: ______________________________
Hon. Pedro V. Castillo
United States District Judge